IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CENTRAL LABORERS PENSION FUND, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 16 C 103 |
| AMERICAN PIPE LINERS, INC., a dissolved Illinois corporation, | ) ) ) | JUDGE CHARLES P. KOCORAS |
| Defendant. | ) ) | |

**MOTION FOR ENTRY OF DEFAULT AND JUDGMENT**

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendant, AMERICAN PIPE LINERS, INC., a dissolved Illinois corporation, in the total amount of $10,543.24, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $1,905.00.

On March 8, 2016, the Summons and Complaint was served on the corporation's president, Tracey Wade Kennedy, by tendering a copy of said documents to him personally at his place of business (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on March 29, 2016. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.

/s/ Cecilia M. Scanlon

# CERTIFICATE OF SERVICE

       The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 4:00 p.m. this <u>8th</u> day of <u>April 2016</u>:

                Tracey Wade Kennedy, President
                American Pipe Liners, Inc.
                610 Garfield Avenue
                Lake Bluff, IL   60044-2018

                                      /s/   Cecilia M. Scanlon

Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone: (312) 216-2577
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\CLJ\American Pipe Liners\motion.cms.df.wpd